An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RJS STEED LLC, A FOREIGN
CORPORATION; AND ROGER STEED,
AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
GLORIA STURMAN, DISTRICT
JUDGE,
Respondents,
and
PORTRAITS USA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 65165

FILED

JUN 03 2015



*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying petitioners' motion to dismiss based on issue preclusion. Petitioner argues that because the district court dismissed real party in interest Portraits USA's previous complaint with prejudice, based on lack of personal jurisdiction, the instant complaint should also be dismissed. The previous complaint, however, sought damages based on breach of an oral contract; the instant complaint seeks damages based on a written contract entered into after dismissal of the previous complaint.

"It is well settled that the principles of res judicata apply to . . . in personam jurisdiction in the same manner as any other issue." *See Kendall v. Overseas Dev. Corp.*, 700 F.2d 536, 538 (9th Cir. 1983). Issue preclusion, however, applies when the same fact-specific issue is

SUPREME COURT
OF
NEVADA

(O) 1947A

15-16994

presented. *Five Star Capital Corp. v. Ruby*, 124 Nev. 1048, 1055, 194 P.3d 709, 713 (2008).

Here, the instant complaint is based on the written contract and is not based on the same facts that caused the dismissal of the second complaint.[1] Accordingly, we deny the petition. *See Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197-203, 179 P.3d 556, 559-62 (2008) (denial of writ petition is proper when district court properly denied motion to dismiss).

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Portraits USA argues that there is jurisdiction over petitioners based on the arbitration and choice-of-law clauses, which would be a matter of first impression for this court. However, petitioners only sought dismissal based on issue preclusion and did not seek dismissal of the present complaint based on personal jurisdiction. We therefore do not consider those issues in this writ proceeding. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) (explaining that this court is ill-suited to resolve factual issues).

cc: Hon. Gloria Sturman, District Judge
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Bowen Law Offices
Eighth District Court Clerk